**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

November 7, 2011

**VIA ECF**
The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   Lowenbein v. GC Services
      11 CV 3742 (JG) (JMA)

Dear Magistrate Judge Azrack:

I represent the plaintiff in the above referenced matter.  Being that I am involved in an ongoing online educational program, I would request that the conference be rescheduled at or about 2:30 p.m. as I have to appear before another Magistrate Judge at 2:00 p.m.  In the alternative, based upon prior appearances before Your Honor, I have turned over certain specific information concerning our claim under the TCPA which the defendant is considering which would lead me to believe that if we appeared before Your Honor, you would give us a certain amount of time to explore settlement further.

Therefore, plaintiff requests, that the conference be adjourned about three weeks or so for the parties explore settlement.  Plaintiff would request that the conference be scheduled via telephone upon consent of defendant's counsel.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc:   Concepcion A. Montoya, Esq.