# MINUTE ENTRY

**Docket & File**

JOAN M. AZRACK, USMJ                    DATE: 12/1/11

DOCKET: 11-CV-3742 (JG)                 CASE: <u>Lowenbein v. GC Services Limited Partnership</u>

☐ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____
Oral motion for _____ by _____

☑ TELEPHONE          ☐ IN-PERSON

**CIVIL CAUSE FOR:**
☑ INITIAL CONF.   ☐ STATUS CONF.   ☐ SETTLEMENT CONF.   ☐ DISCOVERY CONF.

☐ OTHER: _____

Time in court: ☑ 15   ☐ 30   ☐ 45   ☐ 60   ☐ Other: ___

FOR PLAINTIFF: Adam Fishbein

FOR DEFENDANT: Concepcion Montoya

☐ *Docket Clerks are directed to enter the following Discovery Order(s):*

Telep conf re disc/sett

2/28/12

130

Disc. to be complete by 5/1/12

☐ *Docket Clerks are directed to enter the following Scheduling Order(s):*
☐ Next conference on 2/28/12  130   ☑ Telephone   ☐ In-Person
☐ Pre-Trial Order by _____